# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2024-2613
5D2024-2446
LT Case Nos. 2013-303091-CFDB
2012-033862-CFAES

_____

VELPO HOGG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Michael C. Nappi, Chief Assistant Regional Counsel, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

March 21, 2025

PER CURIAM.

In these consolidated appeals proceeding under *Anders v. California*, 386 U.S. 738 (1967), we affirm, without further discussion, the trial court's order revoking sex offender probation

and the resulting judgment and sentence imposed upon Appellant in circuit court case number 2012-033862-CFAES after a violation of probation non-jury trial.

However, we vacate the order revoking probation entered in circuit court case number 2013-303091-CFDB after the same trial because the trial court found that the sole violation of probation alleged in this case had not been proven by the State, as further evidenced by the court having not thereafter imposed judgment and sentence.

AFFIRMED as to circuit court case number 2012-033862-CFAES; ORDER VACATED in circuit court case number 2013-303091-CFDB.

WALLIS, LAMBERT, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————